IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEXTER SHONDELL LOVE, JR. | **I N D I C T M E N T**<br><br>Case No. ______________________<br><br>Violations: 18 U.S.C. §§ 1343, 1344, 1349, and 2 |

## THE BUSINESS EMAIL COMPROMISE SCHEME TO DEFRAUD

A Business Email Compromise (BEC) scheme is a sophisticated cyber scam where bad actors—who are pretending to be a trusted person, like an employer, colleague, or business partner—send emails that contain a fraudulent request that induces the recipient of the fraudulent email to distribute or wire large sums of money to fraudsters who are not entitled to this money. An Automated Clearing House (ACH) transaction involves the transfer of funds between banks, credit unions, or other financial institutions through an electronic network.

Between on or about August 1, 2025, and on or about February 2, 2026, DEXTER SHONDELL LOVE, JR. ("LOVE") conspired with an unindicted coconspirator in the State of California, and others, to operate and participate in a BEC wire fraud scheme ("fraud scheme") to obtain two ACH payments totaling $4,924,744.59 by means of false or fraudulent premises from Dickinson Public Schools (DPS). This fraud scheme affected two financial institutions, namely Citibank, the financial institution whose account received the fraudulently obtained funds, and Bravera Bank, the financial institution at

which DPS utilized an account that issued the fraudulently induced wire transfers to Citibank.

In November 2025, JE Dunn Construction served as the contractor working to renovate Dickinson High School, located in Dickinson, North Dakota. Beginning on November 18, 2025, the DPS Business Manager received a fraudulent email from someone falsely posing as "Accounts Receivable" for JE Dunn Construction using the email address "accounts@jedunncon.com." This email address, "accounts@jedunncon.com," was fraudulent. JE Dunn Construction's legitimate email address was "server@jedunn.com." The fraud scheme conspirators created "accounts@jedunncon.com" to appear similar to JE Dunn Construction's legitimate email address and to falsely represent that emails from "accounts@jedunncon.com" to DPS came from JE Dunn Construction. The conspirators spoofed JE Dunn Construction's legitimate email address and organized emails to DPS in ways that matched the structure of JE Dunn Construction's legitimate email style to trick DPS into sending money to LOVE and the unindicted California coconspirator.

**<u>The Fraudulent Emails and Bank Account</u>**

On November 18, 2025, conspirators sent an email from "accounts@jedunncon.com," which appeared to be a real email address for JE Dunn Construction, to the DPS Business Manager stating, "Going forward, we would prefer to receive payments via ACH rather than paper check. This should help speed things up in the future." That same day, the DPS Business Manager responded to this email stating

that DPS would make future payments as ACH transactions and requested that JE Dunn Construction provide banking information for payments.

On November 21, 2025, coconspirators sent an email from "accounts@jedunncon.com" to the DPS Business Manager and falsely provided the below listed banking information for future payments:

**Account Name: JE Dunn Construction**
**Account Number: xxxxx3031**
**Account Type: Checking**
**ACH Routing Number: xxxxx1724**
**Bank name and address: Citi Bank, 221 1st Ave W, Dickinson, ND 58601**

Thereafter, on November 24, 2025, conspirators sent an email from "accounts@jedunncon.com," stating, "Kindly confirm receipt of our new banking information sent on Friday and update your records accordingly."

**<u>The Wires: Fraudulently Procured ACH Transactions</u>**

Due to the above misrepresentations from the fraud scheme coconspirators using email address "accounts@jedunncon.com," conspirators fraudulently induced DPS to make two ACH payments, totaling $4,924,744.59, from DPS' Bravera Bank account, located in Dickinson, North Dakota, to a Citibank bank account ending in 3031, located in Playa Vista, California, opened by an unindicted California coconspirator.

First, on or about December 12, 2025, DPS remitted an ACH transaction in the amount of $2,780,855.99 from DPS' Bravera Bank account to the JE Dunn Construction Citibank account ending in 3031. Citibank bank records for account ending in 3031 reveal that on about December 12, 2025, $2,778,820.00 was received from DPS.

Next, on or about January 16, 2026, DPS remitted an ACH transaction in the amount of $2,143,888.60 to Citibank account ending in 3031. Citibank bank records for ending in 3031 reveal that or about January 20, 2026, $2,141,362.00 was received from DPS.

Additionally, Citibank bank records for the account ending in 3031 revealed the following pertinent information:

- On August 12, 2025, the unindicted California coconspirator opened Citibank account ending in 3031, which included a listed email address of "jecconstruction@myyahoo.com."
- As of December 9, 2025, the Citibank account ending in 3031 showed a balance of $-52.49.
- On December 12, 2025, the Citibank account ending in 3031 received an Electronic Credit from "DICKINSON PUBLIC PAYABLES JEDUNNCONS" for $2,778,820.00. The following transactions occurred on the same day following the deposit:
    - A payment of $5,000.00 was made to "WFC Name Dexter L";
    - An ATM Withdrawal of $1,000.00 in "Rondo BCH CA";
    - A $15,000.00 wire to the unindicted California coconspirator;
    - A $17,500.00 wire to "Ramico jewelry and diamond inc";
    - A $25,000.00 wire to "Dexter Shondell Love Jr," and three service charges totaling $51.00.

- On December 12, 2025, the Citibank account ending in 3031 issued a check payable to "Dexter Love" in the amount of $150,000.00.
- On January 20, 2026, the Citibank account ending in 3031 showed a deposit of $2,141,362.00;
- The Citibank account ending in 3031 was reported fraudulent on January 30, 2026, and subsequently closed on February 2, 2026.

**<u>LOVE's Wire Communications to Further the Fraud Scheme</u>**

LOVE operated email address "jecconstruction@myyahoo.com," the email address listed on Citibank ending in 3031 —which received the two ACH transactions totaling $4,924,744.59 fraudulently obtained from DPS' Bravera Bank account—utilizing the unindicted California coconspirator's name and information. Based upon subscriber detail information obtained from Yahoo, Inc., on August 8, 2025, the email address "jecconstruction@myyahoo.com" was registered in the unindicted California coconspirator's name and listed two recovery phone numbers: a T-Mobile phone number belonging to the unindicted California coconspirator and a Verizon Wireless phone number belonging to LOVE. Additionally, the "jecconstruction@myyahoo.com" account recorded multiple Internet Protocol ("IP") logins from Verizon Business addresses, did not record any IP logins from T-Mobile addresses, and was linked to User ID "dexterlove229@yahoo.com." Furthermore, records from Wells Fargo Bank demonstrates that LOVE listed the email address "jecconstruction@myyahoo.com," on a Wells Fargo Bank account in the name of DEXTER LOVE with the same Verizon Wireless phone number listed in the subscriber detail recovery phone section for

"jecconstruction@myyahoo.com." And information obtained from Apple Inc., demonstrates that LOVE utilized the Apple Inc., account "mainlylove@icloud.com," and saved screenshots of communications in this account, which stated:

- On or about September 20, 2025, "proceed on the call of the 98K . . . ABOUT THIS 940K WE NEED GET PATIENCE. NA OUR MONEY . . . CITI BANK Jec Construction LLC Online access I go get uodate (sic) soon."
- Undated, "Na the same login for both citi business and citi direct . . . we re ready for the Citibank/CITIDIRECT account with login . . . 2 to 3M dollars deal . . . Ur calling number."
- Undated, "when can i log into my chace (sic) account? . . . Very good..I need to talk to you before I wire it today so we can all be on the same page . . . Dex is going to take over from here."

LOVE and the unindicted California coconspirator communicated with each other using iMessage about accessing a Citibank account, unlocking a Citibank account, the status of money in the Citibank account, and the status of a pending transfer of money. Additionally, the iMessage records from "mainlylove@icloud.com," contain LOVE's statements, from August 7, 2025, that he could open an additional bank account if he had an ID from another state and, from December 12, 2025, that he intended to get a new car with the unlocked funds.

On January 30, 2026, LOVE sent an email from "mainlylove@icloud.com," to a leasing consultant in Playa Vista, California, falsely pretending to be the unindicted

California coconspirator, stating, "I don't have a job I'm divorced with a settlement of 4.8 million in my account I can show proof of that."

The iMessage communications, the emails between the conspirators and DPS, and the emails from "jecconstruction@myyahoo.com," and "mainlylove@icloud.com," used to engage in the above email scheme were transmitted in interstate and foreign commerce to advance, further, and carry out this fraud scheme.

COUNT ONE

**Wire Fraud**

The Grand Jury Charges:

1. The Charge. Between on or about August 1, 2025, and February 2, 2026, in the District of North Dakota, the Central District of California, and elsewhere,

DEXTER SHONDELL LOVE, JR.,

individually, and by aiding and abetting, with intent to defraud did:

a. voluntarily and intentionally devise, intend to devise, and participate in; and

b. attempt to voluntarily and intentionally devise, intend to devise, and participate in;

a scheme and artifice to defraud and to obtain money or property by means of materially false and fraudulent pretenses, representations, and promises, knowing the pretenses, representations, and promises were false and fraudulent when made, and did transmit and cause to be transmitted, by means of wire communications in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, that affected a financial institution, namely Citibank, N.A., and Bravera Bank.

2. The Scheme.

The United States incorporates the information contained within "The Business Email Compromise Scheme to Defraud" section into Count One of the Indictment.

On or about November 18, 2025, conspirators sent Dickinson Public Schools (DPS) an email from "accounts@jedunncon.com" as part of a plan to fraudulently receive direct deposit or ACH payments for the ongoing construction project to remodel

Dickinson High School. Conspirators used an email address that appeared to be from JE Dunn Construction, the contractor with whom DPS was working on this project. On or about November 21, 2025, conspirators sent an email to DPS' Business Manager, which contained fraudulent payment instructions and the routing information for a Citibank business checking account. Due to the above misrepresentations from coconspirators using email address "accounts@jedunncon.com," conspirators fraudulently induced DPS to make two ACH payments, totaling $4,924,744.59, from DPS' Bravera Bank account, located in Dickinson, North Dakota, to a Citibank bank account ending in 3031, located in Playa Vista, California.

3. The Wires.

DEXTER SHONDELL LOVE, JR. used wire transmissions from financial institutions, iMessage, emails and the internet to perpetrate and further the scheme to defraud. Specifically, LOVE used wire transmissions to transfer funds from the Citibank bank account ending in 3031 to himself and others, after DPS sent money to this account.

In violation of Title 18, United States Code, Sections 1343, 1349, and 2.

## COUNT TWO

**Conspiracy to Commit Wire Fraud**

The Grand Jury Further Charges:

1. The Charge. Between on or about August 1, 2025, and February 2, 2026, in the District of North Dakota, the Central District of California, and elsewhere,

DEXTER SHONDELL LOVE, JR.,

and others, both known and unknown to the grand jury, did knowingly, willfully, and with intent to defraud, conspire, and agree together, to commit the crime of Wire Fraud, in violation of Title 18, United States Code, Section 1343, that affected a financial institution, namely Citibank, N.A., and Bravera Bank, by voluntarily and intentionally devising, intending to devise, and participating in a scheme and artifice to defraud and to obtain money or property by means of materially false and fraudulent pretenses, representations, and promises, knowing the pretenses, representations, and promises were false and fraudulent when made, and did transmit and cause to be transmitted, by means of wire communications in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds.

2. The Scheme.

The United States incorporates the information contained within "The Business Email Compromise Scheme to Defraud" section into Count Two of the Indictment.

On or about November 18, 2025, conspirators sent Dickinson Public Schools (DPS) an email from "accounts@jedunncon.com" as part of a plan to fraudulently receive direct deposit or ACH payments for the ongoing construction project to remodel

Dickinson High School. Conspirators used an email address that appeared to be from JE Dunn Construction, the contractor with whom DPS was working on this project. On or about November 21, 2025, conspirators sent an email to DPS' Business Manager, which contained fraudulent payment instructions and the routing information for a Citibank business checking account. Due to the above misrepresentations from coconspirators using email address "accounts@jedunncon.com," conspirators fraudulently induced DPS to make two ACH payments, totaling $4,924,744.59, from DPS' Bravera Bank account, located in Dickinson, North Dakota, to a Citibank bank account ending in 3031, located in Playa Vista, California.

3. The Wires.

DEXTER SHONDELL LOVE, JR. used wire transmissions from financial institutions, iMessage, emails and the internet to perpetrate and further the scheme to defraud. Specifically, LOVE used wire transmissions to transfer funds from Citibank bank account ending in 3031, to himself and others, after DPS sent money to this account.

In violation of Title 18, United States Code, Sections 1343 and 1349.

COUNT THREE

**Conspiracy to Commit Bank Fraud**

The Grand Jury Further Charges:

1. The Charge. Between on or about August 1, 2025, and February 2, 2026, in the District of North Dakota, the Central District of California, and elsewhere,

DEXTER SHONDELL LOVE, JR.,

and others, both known and unknown to the grand jury, did knowingly, willfully, and with intent to defraud, conspire, and agree together, to commit the crime of Bank Fraud, in violation of Title 18, United States Code, Section 1344, by devising a scheme and artifice to: (1) defraud Citibank, N.A., a financial institution, whose deposits were insured by the Federal Deposit Insurance Corporation (FDIC) and (2) obtain any of the money, funds, assets, and other property owned by, and under the custody and control of Citibank, N.A., a financial institution whose deposits were insured by the FDIC, by means of false and fraudulent pretenses, representations, and promises;

2. The Scheme.

The United States incorporates the information contained within “The Business Email Compromise Scheme to Defraud” section into Count Three of the Indictment.

Between on or about August 1, 2025, and February 2, 2026, DEXTER SHONDELL LOVE, JR. and coconspirators opened and operated a Citibank bank account ending in 3031 for the purpose of obtaining and transferring money fraudulently obtained from a business email compromise (BEC) scheme. To open this account LOVE and coconspirators provided false information to Citibank, N.A., including that the

purpose of account ending in 3031 was to operate a legitimate business, when in fact, LOVE and coconspirators intended to use this account for the sole purpose of receiving money defrauded from others, including Dickinson Public Schools (DPS), who was the victim of a BEC. Additionally, LOVE and coconspirators falsely provided payment instructions and routing information for the aforementioned Citibank account to DPS under the fraudulent email address “accounts@jedunncon.com,” presenting themselves as JE Dunn Construction, a contractor of DPS. Due to the misrepresentations from coconspirators using email address “accounts@jedunncon.com,” coconspirators fraudulently induced DPS to make two ACH payments, totaling $4,924,744.59, from DPS’ Bravera Bank account, located in Dickinson, North Dakota, to a Citibank bank account ending in 3031, located in Playa Vista, California. Once account ending 3031 received money from DPS, LOVE transferred money from this account to himself and others;

In violation of Title 18, United States Code, Sections 1344 and 1349.

FORFEITURE NOTICE

Upon conviction of the offense charged in Counts One, Two, and Three of this Indictment,

DEXTER SHONDELL LOVE, JR.

shall forfeit to the United States, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1), and 28 U.S.C. § 2461(c), all of their right, title, and interest in any property, real or personal, which constitutes or is derived from proceeds traceable to violation(s) of 18 U.S.C. §§ 1343, 1344, and 1349.

If any of the assets described above as being subject to forfeiture pursuant to 18 U.S.C. §§ 982(a)(1) and/or 981(a)(1)(c), as a result of any act or omission of DEXTER SHONDELL LOVE, JR.:

a. cannot be located upon the exercise of due diligence;

b. has been transferred to, sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant's up to the value of said property described above as being subject to forfeiture.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney

JJO/tmg