IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEXTER SHONDELL LOVE, JR.,

Defendant.

Case No. 1:26-cr-00136

**UNITED STATES' MOTION TO UNSEAL INDICTMENT AND CASE**

The United States of America, by Nicholas W. Chase, United States Attorney for the District of North Dakota, and Jonathan J. O'Konek, Assistant United States Attorney, moves the Court to unseal the redacted Indictment and case pertaining to defendant Dexter Shondell Love, Jr. (Doc. 2). On August 5, 2026, a grand jury returned an Indictment charging Love with Wire Fraud, Conspiracy to Commit Wire Fraud, and Conspiracy to Commit Bank Fraud. (Doc. 2). That same day, a warrant was issued for Love's arrest. (Doc. 3)

On October 8, 2026, Love advised the FBI that he intended to surrender on the outstanding arrest warrant, possibly in Las Vegas, Nevada. Later that evening, Love's counsel, Mariya Melkonyan, located in Los Angeles, California, contacted the undersigned by phone and inquired about arrangements for Love to self-surrender. To ensure that Love and his counsel may obtain a copy of the Indictment at his initial appearance and any future proceedings in Nevada or elsewhere, the United States requests that the Court unseal the redacted Indictment and case.

Additionally, the United States filed a Notice of Intent to Introduce Business Records (Doc. 4) and a Notice of Intent to Introduce Evidence Pursuant to Federal Rule

of Evidence 404(b) (Doc. 5). Those documents remain sealed because Love has not yet made his initial appearance. The United States therefore requests that Docs. 4 and 5 also be unsealed when the case is unsealed so that Love and his counsel may access them.

Dated: October 9, 2026

NICHOLAS W. CHASE
United States Attorney

By: */s/ Jonathan J. O'Konek*
JONATHAN J. O'KONEK
Assistant United States Attorney
ND Bar ID 06821
P.O. Box 699
Bismarck, ND 58502-0699
(701) 530-2420
jonathan.okonek@usdoj.gov
Attorney for United States